UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TYRONE JERMAINE HARRIS                    CIVIL ACTION

VERSUS                                    NO. 11-2738

MICHAEL J. ASTRUE, COMMISSIONER           HON. JAY C. ZAINEY
OF SOCIAL SECURITY ADMINISTRATION         MAG. JUDGE WILKINSON

## ORDER

The court, after considering the petition, the record, the applicable law, the

Magistrate Judge's Findings and Recommendation, and finding that as of this date no party

has filed objections to the Magistrate Judge's Report and Recommendation, hereby

approves the Magistrate Judge's Findings and Recommendation and adopts it as its

opinion.  Accordingly, **IT IS ORDERED** that the decision of the Commissioner of Social

Security Administration is  REVERSED and this matter is REMANDED for further

administrative proceedings consistent with the court's opinion.

August 2, 2012

_____
UNITED STATES DISTRICT JUDGE