UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TYRONE JERMAINE HARRIS | CIVIL ACTION |
| VERSUS | NO. 11-2738 |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | HON. JAY C. ZAINEY MAG. JUDGE WILKINSON |

## **ORDER**

The court, after considering the petition, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date no party has filed objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly, **IT IS ORDERED** that the decision of the Commissioner of Social Security Administration is REVERSED and this matter is REMANDED for further administrative proceedings consistent with the court's opinion.

August 2, 2012

_____
UNITED STATES DISTRICT JUDGE