UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TYRONE JERMAINE HARRIS                                CIVIL ACTION

VERSUS                                                NO. 11-2738

MICHAEL J. ASTRUE, COMMISSIONER                       SECTION "A"
OF SOCIAL SECURITY ADMINISTRATION

**ORDER AND REASONS**

On August 2, 2012, the Court entered a judgment in favor of Plaintiff reversing the decision of the Commissioner and remanding the matter for further proceedings. (Rec. Doc. 14). Plaintiff now moves the Court for an award of attorney's fees in the amount of $4,120.00 under the Equal Access to Justice Act ("EAJA"), representing 25.75 hours of attorney time at $160.00 per hour, plus $350.00 in filing fees, for a total award of $4,4470.00. (Rec. Doc. 16).

The Commissioner does not oppose the requested fees and costs but does oppose Plaintiff's request to have the fees paid directly to counsel in light of Astrue v. Ratliff, 130 S. Ct. 2521 (2010). This Court, however, has repeatedly refused to read Ratliff so broadly so as to preclude payment directly to counsel. See, e.g., McCarthy v. Astrue, CA08-3860, Rec. Doc. 27.

Accordingly;

**IT IS ORDERED** that the **Motion for Attorney's Fees (Rec. Doc. 16)** is **GRANTED**. The Court will separately enter the order

1

proposed by Plaintiff with the motion.

September 27, 2012

_____
UNITED STATES DISTRICT JUDGE